B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Middle District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mercury Data Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **56-1885612** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4214 Beechwood Drive, Suite 101<br>Greensboro, NC**<br>ZIPCODE **27410** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Guilford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (1/08)                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mercury Data Systems, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)  Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mercury Data Systems, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Sarah F. Sparrow, Esq.*
Signature of Attorney for Debtor(s)

**Sarah F. Sparrow, Esq. 13112
Tuggle Duggins & Meschan, P.A.
P. O. Box 2888
Greensboro, NC 27402
(336) 378-1431  Fax: (336) 274-6590**

**September 11, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ John E. Taylor*
Signature of Authorized Individual

**John E. Taylor**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 11, 2009**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Middle District of North Carolina

IN RE:                                                                Case No. _____

Mercury Data Systems, Inc. _____     Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address<br>including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ITT Aerospace Communications Division 1919 W. Cook Road Fort Wayne, IN 46801 | | Trade debt | Disputed | 223,238.74 |
| Infodat International, Inc. 9700 Richmond Avenue, Suite 160 Houston, TX 77042 | Malla Mekala (713) 256-5422 | Trade debt | | 95,469.75 |
| Cap Gemini 10 Exchange Place, Suite 802 Jersey City, NJ 07302 | Ted (847) 338-4610 0 | Trade debt | | 66,008.04 |
| DynamicQuest 4821 Koger Boulevard Greensboro, NC 27407-2669 | Tommy Riggins (336) 370-0555 | Trade debt | | 64,131.60 |
| Hallmark Global Technologies, Inc. 262 Chapman Road, Suite 101 Newark, DE 19702 | Sudhakar (302) 355-5535 | Trade debt | | 60,730.44 |
| Paradigm Infotech, Inc. 8830 Stanford Blvd., Suite 312 Columbia, MD 21045 | Chris (410) 872-1008 | Trade debt | | 60,101.52 |
| Coolsoft LLC 1902 Campus Place, Suite 12 Louisville, KY 40299-2335 | Bala Chittem (502) 435-3892 | Trade debt | | 51,680.47 |
| Regents Of The University Of Michigan Box 223131 Pittsburgh, PA 15251-2131 | | Trade debt | | 49,984.16 |
| Precision Solutions Group, Inc. 314 Farley Place Fayetteville, NC 28303 | Mary Anne McElroy (919) 826-4907 | Trade debt | | 31,200.00 |
| Trident Systems, Inc. Mr. Sheldon J. Shapiro 10201 Lee Highway, #300 Fairfax, VA 22030 | Sheldon J. Shapiro (703) 267-2302 | Trade debt | | 30,495.27 |
| Skansoft, Inc. 4681 Amberwood Court Rochester, MI 48306-1482 | Chandra Govindan (586) 945-7762 | Trade debt | | 25,897.25 |
| ISR Info Way Inc. 559 D'Onofrio Drive, Suite 101 Madison, WI 53719 | Mohan Achant (608) 827-7884 | Trade debt | | 25,450.80 |
| Rajeev Kulkarni 7 River Oaks Drive, Apt. E Greensboro, NC 27409 | | Trade debt | | 23,333.36 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | |
|---|---|---|---|---|
| CS Solutions, Inc.<br>2626 E. 82nd Street, Suite 151<br>Bloomington, MN  55425-1300 | Prashant Kashi | Trade debt | | 22,803.15 |
| Vectronix, Inc.<br>803 Sycolin Road, Suite 100<br>Leesburg, VA  20175-5654 | Charles Speacht<br>(703) 777-3902 | Trade debt | Disputed | 20,000.00 |
| Proctor & Boone LLC<br>5746 Union Mill Road, Suite 1044<br>Clifton, VA  20124 | Peet Proctor<br>(703) 407-5076 | Trade debt | | 20,000.00 |
| C2 Associates<br>19 E. Tanglewood Trail<br>Phoenix, AZ  85085-7758 | Michelle Datalo<br>(817) 605-0242 | Trade debt | | 19,461.88 |
| 4214 Beechwood, LLC<br>P. O. Box 9065<br>Greensboro, NC  27429 | | Trade debt | | 15,724.55 |
| ADM Designs, LLC<br>1018 Avocado Avenue<br>Escondido, CA  92026 | Yvon Dubois<br>(619) 906-7754 | Trade debt | | 15,400.00 |
| Honeywell International<br>Solid State Electronics Center<br>P. O. Box 92676<br>Chicago, IL  60654 | Ray Sturm<br>(763) 954-2299 | Trade debt | | 13,580.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **September 11, 2009**          Signature:  ***/s/ John E. Taylor***

**John E. Taylor, President**

<span style="font-size:small">(Print Name and Title)</span>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Middle District of North Carolina**

IN RE:                                                        Case No. _____

Mercury Data Systems, Inc.                                   Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 11, 2009**          Signature: **_/s/ John E. Taylor_**
                                                  **John E. Taylor, President**                    Debtor

Date: _____          Signature: _____
                                                                              Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

4214 Beechwood, LLC
P. O. Box 9065
Greensboro, NC  27429


A3 IT Solutions, LLC
301 N. Elm Street
Greensboro, NC  27401


Adam A. Abdelhamied
4133 Weeping Willow Court
Chantilly, VA  20151


ADM Designs, LLC
1018 Avocado Avenue
Escondido, CA  92026


ADT Security Services
P. O. Box 371967
Pittsburgh, PA  15250-7967


American Honda Finance Corp.
P. O. Box 105027
Atlanta, GA  30348-5027


Anglin Reichmann Snellgrove & Armstrong
305 Quality Circle
Huntsville, AL  35806


Arizona Cooperative Power
7510 Misty View Lane
Knoxville, TN  37931


B-Four Enterprises, Inc.
1300 Lakewood Trail
Yadkinville, NC  27055

```
Barnett-Smith Insurance
P. O. Box 9966
Greensboro, NC  27429


Biltmore Suites Hotel
4400 Regency Drive
High Point, NC  27265


Bryan Fields
501 80th Avenue
St. Petersburg, FL  33706


C2 Associates
19 E. Tanglewood Trail
Phoenix, AZ  85085-7758


California Franchise Tax Board
Bankruptcy Unit
P. O. Box 2952
Sacramento, CA  95812-2952


Cap Gemini
10 Exchange Place, Suite 802
Jersey City, NJ  07302


Carolina Connections, Inc.
P. O. Box 1604
Mount Airy, NC  27030


Ceridian Benefit Services
P. O. Box 10989
Newark, NJ  07193


Cintas Document Management
P. O. Box 633842
Cincinnati, OH  45263
```

City Of High Point
P. O. Box 10039
High Point, NC  27261-3039


Com Tech Solutions, Inc.
131 Fayette Street
Winston-Salem, NC  27101-3626


Complete Services, LLC
2301 Wexford Way
Statesville, NC  28625


Coolsoft LLC
1902 Campus Place, Suite 12
Louisville, KY  40299-2335


Cox Communications
C/O Apex Analytix
1501 Highwoods Blvd.
Greensboro, NC  27410


Craven, Shelton & Gann
445 Dolly Madison Road, Suite 110
Greensboro, NC  27410


CS Solutions, Inc.
2626 E. 82nd Street, Suite 151
Bloomington, MN  55425-1300


De Lage Landen Financial Services
Ref. No. 334940
P. O. Box 41601
Philadelphia, PA  19101-1601

Devender S. Mann
11 Club View Court
Greensboro, NC  27410


DHL Express
P. O. Box 277290
Atlanta, GA  30384-7290


Duke Energy
P. O. Box 70516
Charlotte, NC  28272-0516


DynamicQuest
4821 Koger Boulevard
Greensboro, NC  27407-2669


Edwards & Associates
P. O. Box 805
Mount Airy, NC  27030-0805


FedEx
P. O. Box 371461
Pittsburgh, PA  15250-7461


FedSources
8400 West Park Drive, 4th Floor
McLean, VA  22012-5116


Genesis Business Solutions, Inc.
6415 Castle Way Drive W, Suite 107
Indianapolis, IN  46250


Guilford County Tax Department
P. O. Box 698
High Point, NC  27261

Hallmark Global Technologies, Inc.
262 Chapman Road, Suite 101
Newark, DE  19702


Hartford Insurance Company, The
P. O. Box 2907
Hartford, CT  06104-2907


Hendricks & Bryant, L.L.P.
723 Coliseum Drive, Suite 101
Wintson-Salem, NC  27106-5326


Honeywell International
Solid State Electronics Center
P. O. Box 92676
Chicago, IL  60654


HQ Global Workplaces, Inc.
Five Concourse Parkway, Suite 3000
Atlanta, GA  30328


Infodat International, Inc.
9700 Richmond Avenue, Suite 160
Houston, TX  77042


Internal Revenue Service
Centralized Insolvency
P. O. Box 21126
Philadelphia, PA  19114


Isaacson, Isaacson & Sheridan, LLP
P. O. Box 188
Greensboro, NC  27402

ISR Info Way Inc.
559 D'Onofrio Drive, Suite 101
Madison, WI  53719


ITC Deltacom
P. O. Box 740597
Atlanta, GA  30374-0597


ITT Aerospace
Communications Division
1919 W. Cook Road
Fort Wayne, IN  46801


Jani-King Of The Triad
1500 Pinecroft Road, Suite 215
Greensboro, NC  27407


John E. Taylor
8011 Dorsett Downs Drive
Stokesdale, NC  27357


Mantes Group, LLC
3020-1 Prosperity Church Rd., Suite 151
Charlotte, NC  28269


MicroSoft MAPs
P. O. Box 100174
Pasadena, CA  91189


Monster, Inc.
P. O. Box 90364
Chicago, IL  60696-0364

Multispectra Solutions, Inc.
Zebra Technologies, Attn: Credit Dept.
333 Corporate Woods Parkway
Vernon Hills, IL  60061


N. C. Employment Security Commission
P. O. Box 26504
Raleigh, NC  27611-6504


NEC Financial Services, Inc.
Attn: Agnie Mattessich
300 Frank W. Burr Blvd., 7th Floor
Teaneck, NJ  07666


NJ Department Of Revenue
Dept. Of Labor, Div. Of Rev. Processing
P. O. Box 929
Trenton, NJ  08646-0929


North Carolina Dept. Of Revenue
P. O. Box 1168
Raleigh, NC  27640


Paradigm Infotech, Inc.
8830 Stanford Blvd., Suite 312
Columbia, MD  21045


Paul M. Stutts, CPA, PLLC
102 N. Elm Street, Suite 401
Greensboro, NC  27401


Philadelphia Insurance Companies
P. O. Box 70251
Philadelphia, PA  19176-0251

Piedmont Natural Gas Co.
P. O. Box 533500
Atlanta, GA   30353-3500


Polk & Associates, LLP
P. O. Box 21086
Greensboro, NC   27420-1086


Precision Solutions Group, Inc.
314 Farley Place
Fayetteville, NC   28303


Proctor & Boone LLC
5746 Union Mill Road, Suite 1044
Clifton, VA   20124


Rajeev Kulkarni
7 River Oaks Drive, Apt. E
Greensboro, NC   27409


Rebecca Knick
310 Culp Street
Mooresville, NC   28115-2414


Regents Of The University Of Michigan
Box 223131
Pittsburgh, PA   15251-2131


Sid Winslow
4603 Hartsford Drive
Greensboro, NC   27406


Skansoft, Inc.
4681 Amberwood Court
Rochester, MI   48306-1482

Sprint
P. O. Box 1769
Newark, NJ  07171-1769


Staples Credit Plan
Dept. 51 - 7816188691
P. O. Box 689020
Des Moines, IA  50368-9020


State Of California
Franchise Tax Board
P. O. Box 942857
Sacramento, CA  94257-0511


State Of New Jersy LWD
Division Of Employer Accounts
P. O. Box 059
Trenton, NJ  08625-0059


Systel Business Equipment
P. O. Box 35870
Fayetteville, NC  28303-0870


Taleo Corporation
P. O. Box 35660
Newark, NJ  07193-5660


Trident Systems, Inc.
Mr. Sheldon J. Shapiro
10201 Lee Highway, #300
Fairfax, VA  22030


TW Telecom
P. O. Box 172567
Denver, CO  80217-2567

United Capital Funding
P. O. Box 145
St. Petersburg, FL   33731


Vectronix, Inc.
803 Sycolin Road, Suite 100
Leesburg, VA   20175-5654


Verizon Wireless
P. O. Box 660108
Dallas, TX   75266-0108


Wyrick Robbins Yates & Ponton, LLP
P. O. Drawer 17803
Raleigh, NC   27619-7803