FILED APR 22'11 AM 8:58 USBC-GRO

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: __Mercury Data Systems, Inc__,
      Debtor                                      Case No. __09-11708__

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Debtor, Mercury Data Systems, Inc., filed a plan of reorganization dated __January 13, 2011__ (the "Plan") for the Debtor in this case, and Amended on __March 11, 2011__. The Court has approved a disclosure statement dated __January 13, 2011__ as Amended on __March 11, 2011__ with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor/Plan Proponent's attorney at the following address:

__Sarah F. Sparrow, P O Box 2888, Greensboro, NC 27402.__

Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advise concerning the Plan and your classification and treatment under the Plan. Your Claim/Equity Interest has been placed in Class ____ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Court on or before the __22__ day of __April__, 2011, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN
[If the voter is the holder of a secured, priority or unsecured nonpriority claim:]

The undersigned, the holder of a Class __9__ Claim against the Debtor in the unpaid amount of $__15,000.00__ Dollars ($_____)

[or, if the voter is the holder of a bond, debenture, or other debt security:]

The undersigned, the holder of a Class ____ Claim against the Debtor, consisting of _____ Dollars ($_____) principal amount of _____ (Describe bond, debenture or other debt security) of the Debtor (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

[or, if the voter is the holder of an equity interest:]

The undersigned, the holder of Class _____ equity interest in the Debtor, consisting of _____ shares or other interests of _____ [Describe equity interest] in the Debtor.

[✓] ACCEPTS THE PLAN                              [ ] REJECTS THE PLAN

Dated: __19 Apr 11__

Print or type name: __Hawthorne L. Proctor__
Signature: __Hawthorne L. Proctor__
Title (if corporation or partnership) __Proctor & Boone LLC__
Address: __5746 Union Mill Road STE 104__
__Clifton, VA 20124__

RETURN THIS BALLOT TO:
CLERK, U. S. BANKRUPTCY COURT
P. O. Box 26100, 101 South Edgeworth Street
GREENSBORO, NC 27420-6100